# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RAMIREZ, | No. SACV 11-1184-ODW (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: October 4, 2013

_____
OTIS D. WRIGHT II
United States District Judge