# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RAMIREZ,<br><br>    Petitioner,<br><br>    v.<br><br>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | No. SACV 11-1184-ODW (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: October 4, 2013

                                                    OTIS D. WRIGHT II<br>
                                      United States District Judge